Bankruptcy Case # 11-40922
Re: Winifred H. Cabiness (debtor filing)

Please change correspondence address to: P.O. Box 10566 Oakland, CA 946— of

and remove → 696 Athol #303 Oakland, CA. 94610, from

<u>Any</u> further mailings to me.

Please make this change <u>immediately</u>

Thank you,
Winifred A Cabiness
Winifred H. Cabiness
Contact # (510) 927-0913

Trustee:
Lois L. Brody, ESQ

FILED 2012 MAY 11 PM 1:05 U.S. BANKRUPTCY COURT NORTHERN DIST. OF CA. OAKLAND CA.

Case: 11-40922   Doc# 51   Filed: 05/11/12   Entered: 05/11/12 17:04:13   Page 1 of 1